# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SWITCH, LTD., | Case No. 2:16-CV-1629 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| THE PUBLIC UTILITIES COMMISSION OF NEVADA, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff's motion for preliminary injunction. (ECF No. 2). A hearing on the motion is currently scheduled for July 28, 2016. Pursuant to LR 78-2, "all motions may, in the court's discretion, be considered and decided on with or without a hearing."

Having reviewed the briefs of both parties, the court finds this motion suitable for disposition without oral argument. The July 28, 2016, hearing is hereby vacated.

IT IS SO ORDERED.

DATED July 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**