James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Ava M. Schaefer, Bar No. 12698
AMS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100

Samuel Castor, Esq., Bar No. 11532
SWITCH, LTD.
7135 South Decatur Boulevard
Las Vegas, NV 89118

*Attorneys for Plaintiff Switch, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA POWER d/b/a NV ENERGY; CAROLYN "LINA" TANNER, in her individual capacity; and DOES 1 THROUGH 10; ROE ENTITIES 11 THROUGH 20, inclusive,<br><br>Defendants. | CASE NO.:   2:16-cv-01629-JCM-CWH<br><br>**SWITCH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Switch, Ltd. ("Switch"), by and through its undersigned counsel, voluntarily dismisses the above-captioned action in its entirety without

/ / /

1

prejudice. No party has filed an answer or motion for summary judgement in this action.

DATED this 29th day of December 2016.

PISANELLI BICE PLLC

By:   /s/ Todd L. Bice
     James J. Pisanelli, Esq., Bar No. 4027
     Todd L. Bice, Esq., Bar No. 4534
     Ava M. Schaefer, Esq., Bar No. 12698
     400 South 7th Street, Suite 300
     Las Vegas, NV 89101

and

Samuel Castor, Esq., Bar No. 11532
SWITCH, LTD.
7135 South Decatur Boulevard
Las Vegas, NV 89118

*Attorneys for Plaintiff Switch, Ltd.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 29th day of December 2016, I caused to be **electronically served through the United States District Court's CM/ECF filing system** true and correct copies of the foregoing **SWITCH'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to the following:

Carolyn E. Tanner
P.O. Box 18287
Reno, NV 89511
linatanner@sbcglobal.net

and

Kent R. Robison, Esq.
Therese Shanks, Esq.
Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503
krobison@rbslattys.com
tshanks@rbsllaw.com

*Attorneys for Carolyn "Lina" Tanner*

Nicholas J Santoro, Esq.
Oliver J. Pancheri, Esq.
Santoro Whitmire
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
nsantoro@santoronevada.com
opancheri@santoronevada.com

and

**VIA U.S. MAIL**
Steven E. Sletten, Esq.
Marcellus McRae, Esq.
Christopher D. Dusseault, Esq.
Gibson Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071
ssletten@gibsondunn.com
mmcrae@gibsondunn.com
cdusseault@gibsondunn.com

*Attorneys for Nevada Power dba NV Energy*

/s/ Cinda Towne
An employee of PISANELLI BICE PLLC